Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| DIRECTV, INC., a California corporation, | Case No. CV-03-5316 BZ |
|---|---|
| Plaintiff, | Hon. Bernard Zimmerman |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RICHARD BRACKETT AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |
| RICHARD BRACKETT, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant Richard Brackett ("Defendant") (collectively, "Parties"), through their respective counsels of record, that the above-captioned action should be dismissed without prejudice, pursuant to Federal Rules of Civil Procedures 41(a)(1), **only** as to Defendant, each of said Parties to bear its/his own costs and attorneys' fees.

The terms of the Confidential Settlement Agreement dated May 9, 2005 ("Agreement") entered into between the Parties require the performance of certain obligations by Defendant that will not be completed until July 2007. If the Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations in this Court. The Parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a Magistrate

///

BNFY 624667v1 -1- (CV-03-5316 BZ)
**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RICHARD BRACKETT AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1  Judge in this District for the purpose of enforcing those obligations of the Agreement, as defined
2  therein. The Parties therefore respectfully request that the Court retain such jurisdiction.

3
4  DATED: August 3, 2005            Respectfully Submitted,

5                                   BUCHALTER, NEMER, FIELDS & YOUNGER
                                    A Professional Corporation
6

7
8                                   By: _____
                                        Brandon Q. Tran
9                                       Attorneys for Plaintiff DIRECTV, Inc.

10 DATED: _____, 2005         PARR LAW GROUP

11
12                                  By: _____
                                        Shawn R. Parr
13                                      Attorneys for Defendant Richard Brackett

14
...
28

BNFY 624667v1                       -2-                              (CV-03-5316 BZ)
STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RICHARD
BRACKETT AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal Without Prejudice of Defendant Richard Brackett and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefor, IT IS HEREBY ORDERED:

(1) Defendant Richard Brackett is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorneys' fees; and

(3) The Court shall retain jurisdiction over Plaintiff DIRECTV, Inc. and Defendant Richard Brackett to enforce the terms described above of the Settlement Agreement between those parties dated May 9, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: August 5, 2005

Honorable Bernard Zimmerman
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Bernard Zimmerman